**CHRISTINA HANNA, ATTORNEY AT LAW**
RETURN MAIL ADDRESS
517 US HIGHWAY 31 N
GREENWOOD IN  46142-3932   



NOV 04 2019
26119619-3624



MELISSA HAZEL DIETZ

IN

REMIT TO:

MED-1 SOLUTIONS, LLC
DEPT 5621
PO BOX 790126
ST LOUIS MO 63179-0126

---

MED-1 Account
Balance $6868.90
Creditor: COMMUNITY HEALTH NETWORK

Dear MELISSA HAZEL DIETZ:

We represent the above-named creditor. We have previously sent you a letter notifying you of this account and of your rights under the Fair Debt Collection Practices Act. To date, we have not had resolution on this account.

It is very important that you contact our office. In order to resolve this matter, please call a MED-1 Solutions representative at **888.323.0811**. For your convenience, you may make your payment by visiting our website at **www.med1solutions.com**.

Sincerely,

Christina Hanna
Attorney at Law
MED-1 Solutions, LLC

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT**

EXHIBIT
D