AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Melissa Dietz, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>Med-1 Solutions, LLC, an Indiana limited liability company,<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 1:20-cv-2278-JPH-DLP<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Med-1 Solutions, LLC
c/o William J. Huff, as registered agent
517 US Highway 31 N
Greenwood, Indiana 46142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/1/2020

_____
*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Indiana

Case Number: 1:20-CV-2278-JPH-DLP

Plaintiff:
**MELISSA DIETZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**MED-1 SOLUTIONS, LLC, AN INDIANA LIMITED LIABILITY COMPANY**


LSM2020000735

For:
David J Philipps
Philipps & Philipps
9760 S Roberts Road
Suite One
Palos Hills, IL 60465

Received by Express Legal Services, Inc. on the 1st day of September, 2020 at 12:51 pm to be served on **MED-1 SOLUTIONS, LLC C/O REGISTERED AGENT WILLIAM J HUFF, 517 S US HOGHWAY 31 N, GREENWOOD, IN 46142**.

I, Christine Trehan, do hereby affirm that on the **2nd day of September, 2020** at **4:07 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Complaint- Class Action with Exhibits** to **Vicky Thompson** as **Receptionist** for **MED-1 SOLUTIONS, LLC**, at the address of: **517 S US HOGHWAY 31 N, GREENWOOD, IN 46142**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (39.6247,-86.1193) accuracy 65 m.

**Description** of Person Served: Age: 44, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that I am over the age of 18, have no interest in the foregoing matter and the foregoing is true and correct.

Christine Trehan

9/3/2020
Date

Express Legal Services, Inc.
102 Granby Dr
Suite 103
Indianapolis, IN 46229
(317) 622-2373

Our Job Serial Number: LSM-2020000735
Ref: DIETZ