```
01/19/21                           MED 1 SOLUTIONS LLC                              PAGE 17
12:27 PM  NDM                          SELECTED
```

```
CMT 04/01/19  8:39  Transferred to collector █████████████████████████████
                    ████████████████████████
                    ███████████████████SPK TO RP VERF SSN MM/RL STTD BAL OF ██████/█ACCTS.
CMT 04/01/19  8:40  ASKED FOR BIF. RP STTD SHE HAS INS. ADV RP THAT INS WAS
CMT 04/01/19  8:40  BILLED AND THAT SHE WOULD NEED TO CONTACT HER INS TO REQ
```

```
CMT 04/01/19  8:40   EOB. RP STTD THAT SHE WAS LAID OFF FROM HER POE ABOUT A MON
```

```
01/19/21                              MED 1 SOLUTIONS LLC                              PAGE 18
12:27 PM  NDM                              SELECTED
                    CMT 04/01/19  8:40  AGO AND HAS GONE 3 WEEKS W/O A PAYCK RIGHT NOW. RP STTD SHE
                    CMT 04/01/19  8:40  IS WORKING ON GATHERING HER BILLS AND FILING FOR BKR. RP
                    CMT 04/01/19  8:40  STTD AS OF RIGHT NOW SHE DOES NOT HAVE AN ATTY.
                    CMT 04/01/19  8:40  VERF PH     -YES CONSENT TO AD BUT NOT TXT
                    CMT 04/01/19  8:40  VERF ADD
                    CMT 04/01/19  8:40  NO POE
                    CMT 04/01/19  8:40  REF EMAIL
                    CMT 04/01/19  8:40  SINGLE
                    CMT 04/01/19  8:40  THANKED EOC
                    MRJ 04/20/19 10:03  Moved to Bankruptcy Status:Terminated ALL Pending Payments!

                    MRJ 04/20/19 10:03  Marked account for credit bureau removal et REMCBR index

                    MRJ 04/20/19 10:03  Moved to Bankruptcy Status:Terminated ALL Pending Payments!














                    A1B 10/31/19  4:47P PER PACER NO ACTIVE BKR FOUND FOR RP/SSN
                    A1B 10/31/19  4:47P ENTERED INFORMATION (conts)
                    A1B 10/31/19  4:47P     TEMP HOLD DISPO
                    LXC 11/01/19  8:40      1-COLLECTIONS DEPT
```