UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELISSA DIETZ individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:20-cv-02278-JPH-DLP ) |
| MED-1 SOLUTIONS, LLC an Indiana limited liability company, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by her complaint and this action is terminated.

Date: 8/25/2022

Roger A. G. Sharpe, Clerk
U.S. District Court

By: _____
    Deputy Clerk

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel